## Selection Criteria

| Clie.Selection | Include: ANDREWS-MCGLOTHREN, LEMUEL |
|---|---|

| | |
|---|---|
| Nickname | ANDREWS-MCGLOTHREN, LEMUEL \| 7157 |
| Full Name | Lynn Harwell Andrews |
| Address | |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Notes | |
| Controller | Terrie Seal Owens |
| Salutation | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 7/5/2012 |
| Last payment | Amount　　$0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/21/2008 46021 | Terrie Seal Owens<br>prep doc<br>Preparation of application to employ, declaration and order on the same; email communications with client - Re: employment and settlement of Zyprexa claim. | 160.00 | 0.80 | 128.00 | Billable |
| 10/23/2008 46343 | Terrie Seal Owens<br>prep doc<br>Preparation of application to employ special counsel, declaration and letter to special counsel; telephone conference with office of special counsel re: same | 160.00 | 1.50 | 240.00 | Billable |
| 10/28/2008 46350 | Terrie Seal Owens<br>correspondence<br>Email correspondence with special counsel's office re: status of declaration and fee arrangement | 160.00 | 0.20 | 32.00 | Billable |
| 11/5/2008 46189 | Terrie Seal Owens<br>other<br>Left message for special counsel re: execution of declaration | 160.00 | 0.20 | 32.00 | Billable |
| 11/10/2008 46208 | Terrie Seal Owens<br>tele conference<br>Telephone conference with office of proposed special counsel re: execution of declaration and fee arrangement; amendments to application to employ special counsel to add additional firm; preparation of additional declaration; two (2) telephone conferences to office of Gallagher re: same | 160.00 | 1.30 | 208.00 | Billable |

ANDREWS-MCGLOTHREN, LEMUEL:Lynn Harwell Andrews (continued)

| Date / ID | User / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/12/2008 46219 | Terrie Seal Owens<br>other<br>Left message for Shawna with Gallagher Law Firm re: status of application to employ special counsel | 160.00 | 0.20 | 32.00 | Billable |
| 11/14/2008 46246 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: application to employ and declaration | 160.00 | 0.30 | 48.00 | Billable |
| 11/24/2008 46321 | Terrie Seal Owens<br>correspondence<br>Email correspondence with Shawna with Gallagher Firm; re: special counsel application and declaration | 160.00 | 0.30 | 48.00 | Billable |
| 11/26/2008 46326 | Terrie Seal Owens<br>prep doc<br>Preparation of order on application to employ special counsel | 160.00 | 0.40 | 64.00 | Billable |
| 11/26/2008 46333 | Terrie Seal Owens<br>correspondence<br>Email correspondence with cllient re: status of application to employ and declaration | 160.00 | 0.30 | 48.00 | Billable |
| 4/14/2009 47087 | Terrie Seal Owens<br>court appear.<br>Court appearance on three applications to employ special counsel; preparation of (three) orders on the same | 175.00 | 1.30 | 227.50 | Billable |
| 6/23/2009 48739 | Terrie Seal Owens<br>other<br>Receipt and review Zyprexa settlement offer and release; receipt and review letter from Michael Gallagher re: Zyprexa settlement; left message for Michael Gallagher's office re: same; telephone conference with office of special counsel re: application to approve compromise; release; email correspondence with client re: same; receipt and review of settlement offer; begin preparation of application to compromise; email correspondence with Mr. Gallager's office re: application to approve compromise | 175.00 | 4.50 | 787.50 | Billable |
| 6/29/2009 49039 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: itemization of costs | 175.00 | 0.30 | 52.50 | Billable |
| 7/6/2009 48501 | Terrie Seal Owens<br>tele conference<br>receipt/review special counsel expenses; prep of application to compromise; email correspondence and<br>telephone conference with special counsel regarding possible Medicaid lien | 175.00 | 1.50 | 262.50 | Billable |

ANDREWS-MCGLOTHREN, LEMUEL:Lynn Harwell Andrews (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/8/2009<br>48450 | Terrie Seal Owens<br>tele conference<br>telephone conference with client re: possible Medicaid lien against Zyprexa settlement proceeds<br>email correspondence to Shawna with Gallagher firm | 175.00 | 0.50 | 87.50 | Billable |
| 7/9/2009<br>48456 | Terrie Seal Owens<br>correspondence<br>email correspondence with office of special counsel Gallagher regarding possible Medicaid lien | 175.00 | 0.30 | 52.50 | Billable |
| 7/30/2009<br>49160 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: list of expenses and costs | 175.00 | 0.20 | 35.00 | Billable |
| 8/4/2009<br>48604 | Terrie Seal Owens<br>court appear.<br>Court Appearance on application to compromise; email correspondence with special counsel and client - Re: execution of settlement documents; preparation of order on the same. | 175.00 | 1.80 | 315.00 | Billable |
| 8/18/2009<br>49195 | Terrie Seal Owens<br>correspondence<br>Email correspondence with client and office of special counsel Gallagher re: status of release and settlement documents and disbursement of settlement funds | 175.00 | 0.40 | 70.00 | Billable |
| 8/28/2009<br>49263 | Terrie Seal Owens<br>other<br>Begin review of confidential settlement and release; preparation of letter enclosing the same; preparation of settlement and release to forward to Debtor for execution | 175.00 | 1.30 | 227.50 | Billable |
| 9/10/2009<br>49395 | Terrie Seal Owens<br>other<br>Review and revise Zyprexa release; email correspondence with special counsel office re: same | 175.00 | 1.80 | 315.00 | Billable |
| 9/15/2009<br>49491 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: follow-up on revisions to Zyprexa settlement release | 175.00 | 0.30 | 52.50 | Billable |
| 9/22/2009<br>49565 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: status Zyprexa settlement | 175.00 | 0.20 | 35.00 | Billable |

ANDREWS-MCGLOTHREN, LEMUEL:Lynn Harwell Andrews (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/25/2009<br>49578 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: status of Zyprexa settlement docs | 175.00 | 0.20 | 35.00 | Billable |
| 10/2/2009<br>49605 | Terrie Seal Owens<br>correspondence<br>Email correspondence with office of special counsel re: status of Zyprexa settlement | 175.00 | 0.20 | 35.00 | Billable |
| 10/6/2009<br>49645 | Terrie Seal Owens<br>prep doc<br>Preparation of letter to special counsel Mr. Gallagher re: status of amendments to Zyprexa release | 175.00 | 0.60 | 105.00 | Billable |
| 10/15/2009<br>49781 | Terrie Seal Owens<br>tele conference<br>Telephone conference with client re: status of Zyprexa settlement; prep of letter to Debtor including release for execution | 175.00 | 0.30 | 52.50 | Billable |
| 10/20/2009<br>49845 | Terrie Seal Owens<br>other<br>email correspondences with Gallagher Firm re: status of Zyprexa release and communication with attorney for Eli Lilly on revisions to the same | 175.00 | 0.30 | 52.50 | Billable |
| 10/29/2009<br>49907 | Terrie Seal Owens<br>correspondence<br>Email correspondence with Gallagher office re: revisions to language in settlement agreement | 175.00 | 0.30 | 52.50 | Billable |
| 11/2/2009<br>49915 | Terrie Seal Owens<br>prep doc<br>Revisions to Zyprexa settlement document in preparation for signature by client; email client re: same | 175.00 | 0.70 | 122.50 | Billable |
| 11/9/2009<br>50237 | Terrie Seal Owens<br>conference<br>Met with client for execution of Eli Lily release settlement documents | 175.00 | 0.40 | 70.00 | Billable |
| 2/12/2010<br>51132 | Terrie Seal Owens<br>correspondence<br>Email correspondence with client and office of special counsel re: status of Zyprexa settlement funds | 175.00 | 0.30 | 52.50 | Billable |
| 5/28/2010<br>52629 | Terrie Seal Owens<br>email<br>Email correspondences with client - Re: status of settlement proceeds from Eli Lilly and Special Counsel office | 200.00 | 0.30 | 60.00 | Billable |

ANDREWS-MCGLOTHREN, LEMUEL:Lynn Harwell Andrews (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/1/2010<br>61593 | Terrie Seal Owens<br>email<br>email communications with office of special counsel - Re: status on settlement funds | 200.00 | 0.30 | 60.00 | Billable |
| 8/12/2011<br>57571 | Terrie Seal Owens<br>email<br>E-mail communication with client and administrative staff Regarding: Status of Zyprexa claim | 200.00 | 0.40 | 80.00 | Billable |
| 12/21/2011<br>58541 | Terrie Seal Owens<br>tele conference<br>Left message for special counsel regarding: status of Zyprexa claim; e-mail communication with office of special counsel regarding: same; telephone conferences with office of special counsel regarding: same and immediate disbursement of Zyprexa settlement proceeds; e-mail communications with client and office of special counsel regarding: same and procedure regarding application to compromise | 200.00 | 1.40 | 280.00 | Billable |
| 1/4/2012<br>58810 | Terrie Seal Owens<br>email<br>Review file for language in order on application for approval of compromise and settlement; e-mail communications with client regarding: same | 200.00 | 0.30 | 60.00 | Billable |
| 7/5/2012<br>61594 | Terrie Seal Owens<br>prep doc<br>review/revise billable time; preparation of application for fees; anticipated court appearance on application for fees; preparation of order on the same | 200.00 | 1.80 | 360.00 | Billable |

| TOTAL | Billable Fees | | 27.70 | | $4,877.50 |
|---|---|---|---|---|---|

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/21/2008<br>61582 | Terrie Seal Owens<br>$copies<br>copy x 9 | 0.30 | 9.000 | 2.70 | Billable |
| 10/23/2008<br>46351 | Terrie Seal Owens<br>$postage<br>Postage x 1 | 0.42 | 1.000 | 0.42 | Billable |
| 10/23/2008<br>61583 | Terrie Seal Owens<br>$copies<br>copies x 18 | 0.30 | 18.000 | 5.40 | Billable |
| 11/10/2008<br>61584 | Terrie Seal Owens<br>$copies<br>copies x 16 | 0.30 | 16.000 | 4.80 | Billable |

ANDREWS-MCGLOTHREN, LEMUEL:Lynn Harwell Andrews (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---:|---:|---:|---|
| 11/26/2008<br>61585 | Terrie Seal Owens<br>$copies<br>copies x 2 | 0.30 | 2.000 | 0.60 | Billable |
| 6/23/2009<br>61586 | Terrie Seal Owens<br>$copies<br>21 copies | 0.30 | 21.000 | 6.30 | Billable |
| 8/28/2009<br>49264 | Terrie Seal Owens<br>$copies<br>Copies x 24 | 0.30 | 24.000 | 7.20 | Billable |
| 8/28/2009<br>49265 | Terrie Seal Owens<br>$postage<br>Postage x 6 | 0.44 | 6.000 | 2.64 | Billable |
| 8/28/2009<br>61587 | Terrie Seal Owens<br>$postage<br>postage x 3 at .17 per stamp | 0.17 | 3.000 | 0.51 | Billable |
| 9/10/2009<br>61588 | Terrie Seal Owens<br>$copies<br>copies x 19 | 0.30 | 19.000 | 5.70 | Billable |
| 10/6/2009<br>61589 | Terrie Seal Owens<br>$copies<br>copies x 3 | 0.30 | 3.000 | 0.90 | Billable |
| 10/6/2009<br>61590 | Terrie Seal Owens<br>$postage<br>postage x 1 | 0.44 | 1.000 | 0.44 | Billable |
| 10/15/2009<br>61591 | Terrie Seal Owens<br>$postage<br>postage x 1 | 0.44 | 1.000 | 0.44 | Billable |
| 11/2/2009<br>49916 | Terrie Seal Owens<br>$copies<br>Copies | 0.30 | 24.000 | 7.20 | Billable |
| 11/9/2009<br>50238 | Terrie Seal Owens<br>$copies<br>Copies | 0.30 | 24.000 | 7.20 | Billable |
| 11/9/2009<br>50240 | Terrie Seal Owens<br>$postage<br>Postage | 0.17 | 3.000 | 0.51 | Billable |
| 11/9/2009<br>61592 | Terrie Seal Owens<br>$copies<br>copies x 36 | 0.30 | 36.000 | 10.80 | Billable |

ANDREWS-MCGLOTHREN, LEMUEL:Lynn Harwell Andrews (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---:|---:|---:|---|
| 12/28/2009<br>50239 | Terrie Seal Owens<br>$postage<br>Postage | 0.44 | 6.000 | 2.64 | Billable |
| 7/5/2012<br>61595 | Terrie Seal Owens<br>$copies<br>copies x 17 | 0.30 | 17.000 | 5.10 | Billable |

| TOTAL | Billable Costs | | | | $71.50 |
|---|---|---|---|---|---:|

### Calculation of Fees and Costs

| | Amount | Total |
|---|---:|---:|

Fees Bill Arrangement: Slips  
By billing value on each slip.

| Total of billable time slips | $4,877.50 | |
| Total of Fees (Time Charges) | | $4,877.50 |

Costs Bill Arrangement: Slips  
By billing value on each slip.

| Total of billable expense slips | $71.50 | |
| Total of Costs (Expense Charges) | | $71.50 |

| Total new charges | | $4,949.00 |

| New Balance<br>Current | $4,949.00 | |

| Total New Balance | | $4,949.00 |